FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 2 2018

JAMES W. McCORMACK, CLERK
By: Rachell
   DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. __4:18-cv-00030-KGB-JTR__

Jury Trial: ☑ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.   Name of plaintiff: __EUGENE JONES__
        ADC # __2197-17__

        Address: __3201 ROOSEVELT RD, LITTLE ROCK AR 72204__

        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.   Name of defendant: __PULASKI COUNTY JAIL__

        Position: _____

        Place of employment: _____

        Address: __3301 ROOSEVELT RD LITTLE ROCK AR 72204__

        Name of defendant: _____

        Position: _____

This case assigned to District Judge Baker
and to Magistrate Judge Ray

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

   ☐  Court (if federal court, name the district; if state court, name the county):

     _____

   ☐  Docket Number: _____

   ☐  Name of judge to whom case was assigned: _____

   ☐  Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   ☐  Approximate date of filing lawsuit: _____

   ☐  Approximate date of disposition: _____

IV. Place of present confinement: _____

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  _____ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

    _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes _____   No _____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____ No _____

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I HAVE BEEN LOCKED UP IN PULASKI COUNTY JAIL AND I HAVEN'T BEEN RECIEVING PROPER MEDICAL TREATMENT; ALSO I HAVE BEEN GETTING TREATED UNRULY. THEY HAS TOTALLY DONE THINGS THAT IS IN HUMANE. I HAVE THE FOLLOWING ILLINESS: PANCREATITIS, GASTRO PARESSE, GASTRITIS, CHRONIC ASTHMA/BRONCITIS, C.O.P.D, G.ERD, IM HYPOGLASEMIC, I HAVE SEIZURES, HIGH BLOOD PRESSURE, A HERNIA, ANXIETY, A TUMRER ON MY RIGHT HIP, AND I HAVE LUPUS. I ALSO NEED TO HAVE SURGERY ON MY MOUTH. I HAVE BEEN BREATHING AS LOW AS 91% AND HAVE BEEN DENIED BREATHING TREATMENT AND THROWN INTO SEGREGATION UNITS. I WAS JUST PUT ON OXYGEN AND PUT INTO 7-UNIT-(THATS ANYTIME THAT I DONT FEEL GOOD) MY BLOOD PRESSURE HAS MADE IT TO 187/124 I HAVE HAD AN INR OF 8.4 OR BETTER. THEY PUT ME ON WARFARAN CAUSE OF THE BLOOD CLOTS SINCE THE D.O.N. MITCHELL HAS DISREGARDED ALL MY COMPLAINTS. THE NEW NURSING STAFF WAS HELPING WHICH IS KENDRA (LPA) AND WENDY NICHOALS (MD). 7- THE DOCTORS I HAVE SEEN BEFORE WAS DOCTOR JOHNSON MALE/FEMALE, DOCTOR CHASE, AND DR. LEE.

IM STILL IN ALOT OF PAIN AND THEY KEEP FIRING PEOPLE CAUSE OF I GUESS DOWN SIZING SO IM NOT GETTING ANY RIGHT HELP, THEY ARE BREAKING AMENDMENT RIGHTS AND THIS IS JUST EXTREME INDIFFERENCE TO THE VALUE OF HUMAN LIFE. THE TERMS AND CONDITIONS FOR MY HEALTH PROBLEMS NEED REAL ASSESSMENTS. BUT I DON'T KNOW EVERY ONE NAME WHO IS INVOLVED BUT I WILL DO MY BEST TO SAY THERE NAME AND AS THIS GET SUBMITTED IN COURT I WOULD LIKE YOU ALL TO KNOW THAT I AM SCARED FOR MY LIFE DO TO HOW I HAVE BE TREATED. MY WIFE HAS POWER OF ATTORNEY OVER ME AND SHE HAS ALL THE GRIEVENCE MEDICAL REQUEST, SICK CALLS AND STAFF MEMBERS NAME WHO WRONGED ME. HER NAME IS VERONICA GAMBLE-JONES! ADDRESS 3408 LONG COY STREET LITTLE ROCK AR 72204! PHONE NUMBER - (501) 786-2258!

NAMES OF:

LT BANGS
LT BENNIETT
SGT SCOTT
SGT MSG
SGT THOMAS C
SGT ALLEN

IM NOT SURE OF EVERY NURSE OR COMMINASRY OFFICER BUT I WILL DO THE BEST THAT I CAN.

| NURSE | COMMISARY | LAWYER | JUDGE |
|---|---|---|---|
| MICHELLE | JONES | TOM DEVINE | WENDELL GRIFFEN |
| COOK | GLORIA OWEN | | |
| SABAN | MRS RUBY | | |
| TRAMELLE | | | |

SGT GRACIA
LT SIMS
SGT LYONS
DEPUTYS,
STRICKLIN
LEMONS
HUEITT
LATAMORE
T. TUNNER
FINNERSTER
C. WILLIAMS
K. WILLIAMS
STENIFASD
DYKES
V. COLE
BRADLEY
MCGEE
BRAXTON
MCJUNKIN
JUKE
TRAMELL
FIELDS
BOWEN
WYNNE
WADE
DANIELS
SGT ATWOOD
SGT NEWBORN

JONES
DAILY
WIN

OFF
ZACK

MR PRATT

I EUGENE JONES SWEAR TO THE COURT TO HAVE MERCY ON ME AND UNDERSTAND THAT MY LIFE HAS BEEN PUT IN DANGER. THEY ARE BEATING AND TREATING ME UNJUST AND I WOULD ASK THAT THE COURT GRANT ME MY LAWSUIT; BUT AN INVESTIGATION NEEDS TO BE CONDUCTED WITHIN MY CASE CAUSE I HAVE A MENTAL ILLNESS ALSO AND BECAUSE OF MY ILLNESS ALL TOGETHER IM DISABLE. PLEASE CAN SOMEONE HELP ME. THEY DONT WANT TO GIVE ME COPIES AND IM SCARED TO GIVE THEM THIS CAUSE THEY MIGHT HURT ME.

X. Eugene Jones

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I WOULD LIKE PROPER MEDICAL ATTENTION A 3 MILLION DOLLARS FOR EXTREME INDIFFERENCE FOR HUMAN LIFE._

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _21ST_ day of _November_, 20_17_.

OFFICIAL SEAL - #12377352
DIANE GREEN
NOTARY PUBLIC-ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 06-23-20

_Eugene Jones_
Signature(s) of plaintiff(s)