UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUGENE JONES                                                                                PLAINTIFF

V.                                   4:18CV00030 KGB/JTR

PULASKI COUNTY JAIL, et al.                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff Eugene Jones ("Jones") has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was confined in the Pulaski County Regional Detention Facility. Doc. 2.

On February 12, 2018, the Court ordered Jones to file a Substituted Complaint that complied with the Federal Rules of Civil Procedure and contained information needed to complete screening mandated by 28 U.S.C. § 1915A. Doc. 5. The Court also reminded Jones that, pursuant to Local Rule 5.5(c)(2), this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.*

As of the date of this Recommendation, Jones has failed to comply with the February 12, 2018 Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution;

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 20th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE