# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EUGENE JONES**  PLAINTIFF

v.  Case No. 4:18-cv-00030-KGB

**PULASKI COUNTY JAIL,** *et al.*  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). Judge Ray recommends dismissal without prejudice of plaintiff Eugene Jones' complaint for failure to prosecute. Mr. Jones filed objections to the Recommended Disposition (Dkt. No. 8). In his objections, Mr. Jones requested additional time to comply with the Court's prior Order (*Id.*). The Court granted Mr. Jones until June 29, 2018, to file a substituted complaint in accordance with the Court's prior Order. Mr. Jones has not complied.

Accordingly, after a review of the Recommended Disposition and Mr. Jones' objections, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety (Dkt. No. 7). It is therefore ordered that Mr. Jones' complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

It is so ordered this 30th day of August, 2018.

                                                          Kristine G. Baker
                                                          United States District Judge