IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUGENE JONES                                                                                    PLAINTIFF

v.                          Case No. 4:18-cv-00030-KGB

PULASKI COUNTY JAIL, *et al.*                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Eugene Jones' complaint is hereby dismissed without prejudice (Dkt. No. 2). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 30th day of August, 2018.

_____
Kristine G. Baker
United States District Judge